UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY G. ALEXANDER,

Plaintiff,

v.

HENNEPIN COUNTY,

Defendant.

Civil No. 01-1983 (JMR/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated December _, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is **DENIED**; and

2. This action be **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9th, 2002

JAMES R. ROSENBAUM
Chief District Court Judge

FILED RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS